ACCEPTED
03-15-00341-CV
7253639
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/6/2015 3:01:01 PM
JEFFREY D. KYLE
CLERK

# IN THE
# COURT OF APPEALS
## THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/6/2015 3:01:01 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **ANTIOCH ST. JOHNS CEMETERY COMPANY d/b/a AMERICAN MEMORIAL PARK, GRAND PRAIRIE, TEXAS, GERALD WEATHERALL and BEVERLY RANDALL-WEATHERALL**   Plaintiffs/Petitioners | § § § § § § | **CAUSE NO. 03-15-00341-CV** |
| **v.** | § § § § § | **ON APPEAL FROM THE 261st JUDICIAL DISTRICT TARRANT COUNTY COURTS (No. D-1-GN-14-000367)** |
| **THE TEXAS DEPARTMENT OF BANKING COMMISSIONER** Defendant/Respondent | § § § | |

## APPELLANTS' MOTION FOR LEAVE TO FILE LATE BRIEFING

TO THE HONORABLE COURT:

Pursuant to Tex. R. App. P. 38.6(a), briefing on the Appeal submitted by Antioch St. Johns Cemetery Company d/b/a American Memorial Park, Grand Prairie, Texas, Gerald Weatherall, and Beverly Randall-Weatherall (the "Appellants"), was due on September 14, 2015.

Appellants submit this Motion to file their briefing this day, October 1, 2015, as the late filing was not due to conscience indifference, neglect or disregard for the rules of procedure. Rather, Appellants' counsel was expecting a notice from the

*APPELLANTS' MOTION FOR LEAVE*                                                    *PAGE - 1*

Appellant Court that briefing would be due on certain date and did not realize that such notice would not be stemming from the Court until receiving the notice of late filing on September 21, 2015.

Apparently, and according to the appeals court clerk, notice of the clerk's filing of the record from the trial court filed on August 15, 2015, had been delivered via email to the Appellants' counsel. However, Appellants' counsel either inadvertently deleted the email notice or same did not come through the email address. For these reasons, Appellants' seek leave of this Court to file the briefing contemporaneously with this Motion. Appellants would further submit that the Appellee has not been prejudiced by the filing since the issues in this matter are simplified with a limited amount of facts to review on the record. Finally, pursuant to the certificate of conference herein, leave should be granted as Appellees have no objection to the request for extension to file Appellants briefing.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that the Court grant leave to for Appellants to file late briefing, and for all other and further relief to which Appellants may be entitled.

**Respectfully Submitted by:**
**THE LAW OFFICES OF KEVIN S. WILEY, JR.**

/s/ Kevin S. Wiley, Jr._____
Kevin S. Wiley, Jr.
Texas State Bar No. 24029902
325 N. St. Paul Street, Suite 4400
Dallas, Texas 75201
Tel.: 469-619-5721
Fax.: 469-619-5725
kevinwiley@lkswjr.com
ATTORNEY FOR APPELLANTS

CERTIFICATE OF CONFERENCE

I hereby certify that on September 29, 2015, I conferred with Appellee's counsel of record, Ann Hartley, regarding the relief requested in this Motion, and Ms. Hartley indicated that she has no objection to same.

/s/ Kevin S. Wiley, Jr._____

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave has been served on the Banking Commission by and through their counsel of record below on this 6th day of October, 2015 via electronic mail to the parties listed below.

Ann Hartley
Assistant General Counsel
Texas Department of Banking
Ann.hartley@texasattorneygeneral.com
2601 N. Lamar Blvd.
Austin, Texas 78705

/s/ Kevin S. Wiley, Jr.